IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02734-MEH

ALI IDREES,

    Plaintiff,

v.

STATESERV MEDICAL OF COLORADO, LLC,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 13, 2015**.

    Defendant's Unopposed Motion for Entry of Stipulated Protective Order [filed January 13, 2015; docket #21] is **granted** as modified.  The Stipulated Protective Order is modified at paragraph 13 to include the following statement – "However, nothing in this Order shall be construed to confer jurisdiction on the Court following the termination of this civil action" – and accepted and filed contemporaneously with this minute order.