IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02734-MEH

ALI IDREES,

    Plaintiff,

v.

STATESERV MEDICAL OF COLORADO, LLC,

    Defendant.

---

**ORDER CLOSING CASE**

---

The Stipulated Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed September 21, 2015; docket #33] is **granted**. The Court finds the Stipulation and terms of the dismissal proper. Thus, this action is dismissed with prejudice, with each party to bear her or its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 22nd day of September, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge